RECEIVED
JUN 0 7 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

**Form to be used by a prisoner filing a civil rights complaint under**

**THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

William Tracy Wheeler
**Full Name of Plaintiff, Prisoner Number**

3:12-CV-1610 Sec.P
**Civil Action**

**Judge**

**VS.**

Sheriff Michael Tubbs
Warden Issacc Brown
**Full Name of Defendant**

**Magistrate Judge**

**COMPLAINT**

**I. Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes _____ No X

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

2. Name the parties to the previous lawsuit(s):

   Plaintiffs:

   Defendants:

3. Docket number(s):

4. Date(s) on which each lawsuit was filed:

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes _____ No __X__

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

——

——

**II. A. Name of institution and address of current place of confinement:**

MOREHOUSE PARISH DETENTION CENTER 6444 PATEY RD. COLLINSTON, LA. 71229

B. Is there a prison grievance procedure in this institution?
Yes __X__ No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes __X__ No _____
If Yes, what is the Administrative Remedy Procedure number? _______________

2. If you did not file an administrative grievance, explain why you have not done so.

N/A

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

THE ARP AT M.P.D.C. IS A FARCE AT BEST. ONCE YOU FILE YOU NEVER RECEIVE ANY RESPONSE. SEE ATTACH.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

A. Name of Plaintiff WILLIAM TRACY WHEELER #93168

Address 6464 PATEY RD. COLLINSTON, LA 71229

B. Defendant, SHERIFF MIKE TUBBS, is employed as SHERIFF at MOREHOUSE PARISH.

Defendant, ISSACC BROWN, is employed as WARDEN at MOREHOUSE PARISH DETEN. CENT.

Defendant, BRADLEY FIKE, is employed as ASST. WARDEN at MOREHOUSE PARISH DET. CENTER

Additional defendants

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

MOREHOUSE PARISH DETENTION CENTER WARDEN ISSACC BROWN, ASST. WARDEN FIKE AND SHERIFF MIKE TUBBS HAVE ALL BEEN PARTY TO VIOLATING MY CONSTITUTIONAL RIGHTS OF ACCESS TO THE COURTS AND MY RIGHT TO DUE PROCESS BY CONTINUALLY FAILING TO PROVIDE A LAW LIBRARY AND LEGAL ASSISTANCE. AT THE PRESENT TIME, THIS SO CALLED LAW LIBRARY AT M.P.D.C. IS A WOODEN BOX MEASURING 18" X 18" X 30" (INCHES). ITS CONTENTS CONSIST OF (2) OR (3) OUTDATED CIVIL CODE PROCEDURE BOOKS, A PART OF A (2007) C.CR.P. AND A BLACKS LAW DICTIONARY. I HAVE

FILED SEVERAL REQUEST A(2) ARP. WITH NO RESPONSE TO ANY OF THEM, THE ACCOMPANYING ARP. IS THE ONLY PROOF I FILED. CONCLUSION IN ATTACHMENT TO CLAIM.

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

SEE THAT THIS FACILITY PROVIDES A LAW LIBRARY AND THAT THE D.O.C. SEES TO PRISONERS RIGHTS AT THESE CAMPS. I AM ALSO REQUESTING $140,000.00 IN PUNITIVE DAMAGES.

## VI. Plaintiff's Declaration

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

C. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this** 5 **day of** JUNE, **20**12.

#093168
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

William T. Wheeler
**Signature of Plaintiff**

January 2012
updates: pmitchell
n:\pro se prisoner forms\1983.prisoner.January2012.wpd

# ATTACHMENT

## CONTINUANCE OF CLAIM

THE SUPREME COURT HAS STATED, "It IS NOW ESTABLISHED BEYOND DOUBT THAT PRISONERS HAVE A CONSTITUTION RIGHT OF ACCESS TO THE COURTS." THE COURTS HAVE CITED THE DUE PROCESS clause, THE EQUAL PROTECTION clause, THE FIRST AMENDMENT, AND THE PRIVILEGES AND IMMUNITIES CAUSE OF ARTICLE IV OF THE CONSTITUTION AS THE BASES FOR THE RIGHT.

THE SUPREME COURT HAS HELD THAT PRISON OFFICIAL MUST "ASSIST INMATES IN THE PREPARATION AND FILING OF MEANINGful legal papers BY PROVIDING PRISONERS WITH ADEQUATE LAW LIBRARYS OR ADEQUATE ASSISTANCE FROM PERSONS TRAINED IN THE LAW.

William T. Wheeler
6/5/12